IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

04 APR 26 PM 4: 27

CLERK-ALBUQUERQUE

ALFRED BAIN,

    Plaintiff,

vs.     CIV 03-0036 WPJ/KBM

CITY OF ALBUQUERQUE and
E.O. GUEVARA and P.K. APODACA,
in their individual and official capacities as
employees of the City of Albuquerque,

    Defendants.

### DEFENDANTS' MOTION IN LIMINE NO. IV: EXCLUSION OF TESTIMONY REGARDING PLAINTIFF'S CHILDHOOD ABUSE AND EXPERIENCES

Defendants, by and through Assistant City Attorney, Beatrice J. Brickhouse, and pursuant to Fed. R. Evid. 104, 401, 402, and 403 hereby moves the Court to exclude Plaintiff from presenting any testimony regarding his childhood abuse and experiences. As grounds, Defendants state:

    1.    Introduction of testimony regarding Plaintiff's childhood is inadmissible pursuant to Fed. R. Evid. 104, 401, 402, and 403;

    2.    Plaintiff opposes this motion;

    3.    Pursuant to D.N.M.LR-Civ. 7, a memorandum in support of this motion is submitted simultaneously herewith.

**WHEREFORE,** Defendants respectfully request that this Court grant Defendants' Motion in Limine No. IV and thereby exclude any and all testimony regarding Plaintiff's

childhood abuse and experiences and order all other relief that the Court deems just and proper.

                              Respectfully Submitted,

                              CITY OF ALBUQUERQUE
                              Robert M. White
                              City Attorney

                              _____
                              Beatrice J. Brickhouse
                              Assistant City Attorney
                              Attorney for Defendants
                              P. O. Box 2248
                              Albuquerque, New Mexico 87103
                              (505) 768-4500

I hereby certify that a true copy
of the foregoing was sent via
e-mail:

Phillip B. Davis, Esq.
814 Marquette NW
Albuquerque, NM 87102
(505) 242-1904, FAX (505) 242-1864
davisp@swcp.com

and mailed to the following
counsel of record:

Sigmund L. Bloom, Esq.
712 Marquette Ave SW
Albuquerque, NM 87102
(505) 247-0774, FAX (505) 247-0776

*Attorneys for Plaintiff*

on this 26th day of April, 2004.

_____
Beatrice J. Brickhouse
Assistant City Attorney

2